IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CV-468-FL

| | | |
|---|---|---|
| LINDA DIANE JENKINS, ) | | |
| as Administratrix of THE ESTATE ) | | |
| OF EDDIE LEMAR JENKINS ) | | |
| ) | | |
| Plaintiff, ) | | ORDER |
| ) | | |
| v. ) | | |
| ) | | |
| THE UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |

THIS MATTER is before the undersigned United States District Court Judge for the Eastern District of North Carolina on the Motion of the Administratrix of the Estate of Eddie Lemar Jenkins to have this Court strike its Order dated November 27, 2013 , and submit a revised Motion for Approval of a Wrongful Death Settlement and proposed Order which incorporate the final terms of resolution of this matter, subject to authorization of the settlement by the United States Attorney General or his designee. The Court has been advised that a previously pending Workman's Compensation lien has been extinguished. The Court, upon review of this matter, finds it appropriate to strike this Court's prior Order, and so orders the same.

This __4TH__ day of February, 2014.

_____
LOUISE W. FLANAGAN
United States District Court Judge